IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 136 MR WCM

| | | |
|---|---|---|
| CHRISTOPHER BENNICK, on behalf of himself and those similarly situated, and DAVID WILSON, JR., on behalf of himself and those similarly situated, | ) ) ) ) ) | |
| | ) | ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CARPENTER DESIGN, INC | ) ) | |
| Defendant. | ) ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Adam A. Smith. The Motion indicates that Mr. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Charles Ryan Morgan, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Charles Ryan Morgan to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 5, 2020

W. Carleton Metcalf
United States Magistrate Judge