# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00136-MR-WCM

| | |
|---|---|
| CHRISTOPHER BENNICK, on behalf of himself and those similarly situated, and DAVID WILSON, JR., on behalf of himself and those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CARPENTER DESIGN, INC.,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

On June 4, 2020, the Plaintiffs filed this action against the Defendant Carpenter Design, Inc. [Doc. 1]. On July 20, 2020, the Plaintiffs filed an Affidavit of Service, indicating that the Defendant was served on July 14, 2020. [Doc. 7]. To date, however, the Defendant has not made an appearance or otherwise defended this action, and the Plaintiffs appear to have made no effort to prosecute the action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to the Defendant Carpenter Design, Inc. **The Plaintiffs are advised that failure to take further action within the time required will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Signed: September 14, 2020

Martin Reidinger
Chief United States District Judge